EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON          #4532
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:      541-2850
facsimile:      541-2958
e-mail:         wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 1 2003

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. CR03-00207 HG |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | |
| FRANCIS COSKIE, ) | [18 U.S.C. § 922(g)(3) |
| Defendant. ) | 21 U.S.C. § 841(a)(1)] |

I N D I C T M E N T

**COUNT 1**
(18 U.S.C. § 922(g)(3))

SEALED
BY ORDER OF THE COURT

The Grand Jury charges that:

On or about November 28, 2002, in the District of Hawaii, defendant FRANCIS COSKIE, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting

commerce a firearm, to wit: a Ted Williams .12 gauge shotgun bearing Serial Number 153512740.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 2
(21 U.S.C. § 841(a)(1))

The Grand Jury further charges that:

On or about November 28, 2002, in the District of Hawaii, defendant FRANCIS COSKIE knowingly and intentionally possessed with intent to distribute five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: _____, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney